[jiffyord] [Bench Order +]

ORDERED.

Dated: June 17, 2022

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:10–bk–03746–CPM<br>Chapter 11 |
| Stephen Kanya | |
| _____Debtor*_____/ | |

**ORDER ON EXPEDITED MOTION TO DISMISS**

THIS CASE came on for hearing on June 16, 2022, for consideration of the **Expedited Motion to Dismiss** (Doc. **210**), filed by **United States Trustee**.

For the reasons stated orally and recorded in open court, the Expedited Motion to Dismiss is Granted in part (as to the entry of the Order Prescribing Consequences of Failure to File Operating Reports) and Denied in part.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.